UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN PAMELA MIMS,

    Plaintiff,

    v.

AURORA LOAN SERVICES, et al.,

    Defendants.

_____/

No. C 09-3766 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on plaintiff's motion to remand and defendants' various motions to dismiss, which was previously set for October 21, 2009, at 9:00 a.m., has been CONTINUED to November 25, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612.

**IT IS SO ORDERED**.

Dated: October 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge